# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RONALD J. ALLISON,<br><br>  Plaintiff<br><br>v.<br><br>JOE LOMBARDO,<br><br>  Defendant | Case No.: 2:26-cv-01674-APG<br><br>**Order Denying Application<br>to Proceed and Closing Case**<br><br>[ECF No. 1] |

Plaintiff Ronald J. Allison is subject to a vexatious litigant pre-filing order issued by Judge Silva. *See Allison v. U.S. District Courts Clerks Office*, 2:22-cv-01114-CDS-EJY, ECF No. 4. Under that order, before Allison can "file any papers with this Court that relate in any way to initiating litigation as a pro se litigant," he must satisfy three conditions:

> • Apply to the Chief Judge of this District for leave to file the initiating documents by submitting to the clerk's office an application bearing the title "Application to Chief District Judge Seeking Leave to File."
> • That application must be supported by a declaration from Allison, made under penalty of perjury, stating that: (1) the matters asserted in the new complaint or papers have never been raised and disposed of on their merits by any court; (2) the claim or claims are not frivolous or made in bad faith; and (3) he has conducted a reasonable investigation of the facts and such investigation supports the claim or claims.
> • Allison must attach a copy of [Judge Silva's] order to any such application.

*Id.* at 10-11.

Allison has not met the requirements in this case.  Allison did not submit an Application to the Chief District Judge Seeking Leave to File, did not submit a declaration, and did not submit a copy of Judge Silva's order.  Instead, Allison submitted a vague 2-page document purporting to be a complaint. ECF No. 1.  To the extent that Allison's filing is an application, the application is denied.

I THEREFORE ORDER that plaintiff Ronald J. Allison's purported Application to Chief District Judge Seeking Leave to File **(ECF No. 1) is DENIED**. No further documents may be filed in this case.

DATED: June 16, 2026.

ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2